**STATE v. YOUNG**

[369 N.C. 29 (2016)]

| | | |
|---|---|---|
| STATE OF NORTH CAROLINA | ) | |
| v. | ) | From Buncombe County |
| DAVID MARTIN BEASLEY YOUNG | ) | |
| STATE OF NORTH CAROLINA | ) | |
| v. | ) | From Guilford County |
| DOMINIQUE JEVON PERRY | ) | |
| STATE OF NORTH CAROLINA | ) | |
| v. | ) | From Davidson County |
| SETHY TONY SEAM | ) | |

No. 80A14
No. 81A14
No. 82A14

## ORDER

The Court, on its own motion, ordered that the parties submit supplemental briefs on the effect of *Montgomery v. Louisiana*, 136 S. Ct. 718 (2016), on the proceedings in these cases.

The Court, on its own motion, now orders that these three cases are consolidated for oral argument. Pursuant to Rule 30(b), appellants will have a total of thirty minutes for oral argument and appellees will have a total of thirty minutes for oral argument.

By order of the Court in Conference, this the 18th day of August 2016.

s/Martin, C.J.
For the Court

**STATE v. YOUNG**

[369 N.C. 29 (2016)]

WITNESS my hand and the seal of the Supreme Court of North Carolina, this the 18th day of August 2016.

J. BRYAN BOYD
Clerk, Supreme Court
of North Carolina

s/M.C. Hackney
Assistant Clerk

Justice Ervin is recused in No. 82A14, State v. Sethy Tony Seam.